**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **MEDHI J. BEYGI et al.,**<br><br>**Plaintiff(s),**<br><br>**v.**<br><br>**BELLEVUE SCHOOL DISTRICT and WASHINGTON STATE OFFICE OF SUPERINTENDENT OF PUBLIC INSTRUCTION,**<br><br>**Defendants.** | **CASE NO. 2:26-CV-01061-BAT**<br><br>**DEFENDANT BELLEVUE SCHOOL DISTRICT'S ANSWER TO PETITION FOR JUDICIAL REVIEW** |

COMES NOW Defendant BELLEVUE SCHOOL DISTRICT, by and through its attorneys of record, in answer to the Plaintiffs' Petition for Judicial Review. As this is an appeal of an administrative decision, the Court sits in a limited de novo/appellate position. Facts not found in the record may not be argued before the Court without a formal order allowing supplementation of the record. As such, a traditional answer is not necessary and is not helpful to the Court or to the parties. However, to the extent that an answer is required, the District admits, denies, and alleges as follows:

## I. ANSWER

1. Admitted.



PORTER FOSTER RORICK LLP
601 Union Street | Suite 800
Seattle, Washington 98101
(206) 622-0203 | www.pfrwa.com

2. Denied.
3. Denied.
4. Admitted as to jurisdiction pursuant to 20 U.S.C. § 1415(i)(2); denied as to the other alleged grounds for jurisdiction.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. The District denies the allegations in paragraph 9 as it calls for a legal conclusion.
10. The District denies the allegations in paragraph 10 as it calls for a legal conclusion.
11. The District denies the allegations in paragraph 11 as it calls for a legal conclusion.
12. Denied.
13. Denied.
14. Denied.
15. Denied.
16. Denied.
17. Denied.
18. Denied.
19. Denied.
20. Denied, except as to Student's completion of all requirements for graduation with a regular high school diploma.
21. Denied.



PORTER FOSTER RORICK LLP
601 Union Street | Suite 800
Seattle, Washington 98101
(206) 622-0203 | www.pfrwa.com

22. Denied.

23. Denied.

24. Denied.

25. The District denies the allegations in paragraph 25 as it calls for a legal conclusion. The Court does not have jurisdiction in this matter over claims pursuant to the statute cited.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Admitted.

39. Denied.

40. Admitted.

41. Denied.



PORTER FOSTER RORICK LLP
601 Union Street | Suite 800
Seattle, Washington 98101
(206) 622-0203 | www.pfrwa.com

42. Denied.

43. Admitted.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied, except as to allegations already admitted in Paragraph 24 and the dates of filings reflected in the administrative record, which are admitted.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. The District denies the allegations in paragraph 54 as it calls for a legal conclusion.

55. The District denies the allegations in paragraph 55 as it calls for a legal conclusion.

56. Denied.

57. Denied.

## II. AFFIRMATIVE DEFENSES

1. Lack of personal jurisdiction.
2. Insufficient service of process.
3. The District reserves the right to add additional defenses as may be warranted.



PORTER FOSTER RORICK LLP
601 Union Street | Suite 800
Seattle, Washington 98101
(206) 622-0203 | www.pfrwa.com

## III. PRAYER FOR RELIEF

WHEREFORE, the District, having answered the Petition for Review, prays that the Court:

1. Dismiss the Petition for Judicial Review with prejudice.
2. Award the District costs and reasonable attorney's fees; and
3. Award such other and further relief as the Court deems just and equitable.

**RESPECTFULLY SUBMITTED this 13th day of April, 2026.**

**PORTER FOSTER RORICK LLP**

**By: Lynette M. Baisch, WSBA #37180**
**Kalina Spasovska, WSBA #64554**
**Attorneys for Bellevue School District**



PORTER FOSTER RORICK LLP
601 Union Street | Suite 800
Seattle, Washington 98101
(206) 622-0203 | www.pfrwa.com