# EXHIBIT B

On Wed, Apr 9, 2025 at 12:41 PM, McDonald, Sally Sue (Sarah Susan) <mcdonaldsa@bsd405.org> wrote:

Hi Mehdi. I cannot get to a phone to call you but wanted to let you know I have been in contact with OSPI regarding the compensatory offer for the students who had transitions services but do not qualify for services under the ruling. We asked several clarifying questions based on students we served including Cyrus. OSPI is clear on who qualifies and our input did not change their decision. Under their guidance Cyrus does not qualify for compensatory. I am running late in a meeting and am not able to get on a call at 1:00. I apologize. I suggest connecting with OSPI if you have further questions. I will respond to the below questions however when I am out of my meeting this afternoon.
Sally Sue McDonald

Get Outlook for iOS

---

**From:** Mehdi Beygi <mbeygi@yahoo.com>
**Sent:** Friday, April 4, 2025 5:06 PM
**To:** McDonald, Sally Sue (Sarah Susan) <mcdonaldsa@bsd405.org>
**Cc:** zohreh alavitalab <alavitalab@yahoo.com>; speced@k12.wa.us <speced@k12.wa.us>; Cutter, Autumn N <cuttera@bsd405.org>; Lowry, Cynthia D <lowryc@bsd405.org>; Thomas.Kelly@k12.wa.us <Thomas.Kelly@k12.wa.us>; Chris.Reykdal@k12.wa.us <Chris.Reykdal@k12.wa.us>; tpeterson@oksd.wednet.edu <tpeterson@oksd.wednet.edu>; alex@cedarlawpllc.com <alex@cedarlawpllc.com>; Beygi Cyrus (Student) <cyrus.beygi@gmail.com>; Strehle, Jennifer M <strehlej@bsd405.org>; tania.may@k12.wa.us <tania.may@k12.wa.us>
**Subject:** Re: Cancel meeting today

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

>> Wednesday 1:00. What number should I call?
Confirmation: Wednesday at 1:00 PM. Phone: 425-272-5219.

We look forward to speaking with you. To ensure a productive discussion, we reiterate several key questions previously sent via email to Ms. Jen, Autumn, and Cynthia. We believe addressing these points beforehand will facilitate a clearer understanding of the situation.

**Regarding the Termination of Cyrus's Education:**

- Were you aware of the ongoing class-action lawsuit related to age-based program termination prior to your team's decision to remove Cyrus from the program?
- Given the significant hardship this has caused Cyrus and our family, we request transparent answers regarding your direct involvement with Cyrus from 2021 to 2023. Specifically:
  - Ms. Jen, were you informed of the 2022 class-action lawsuit (as evidenced by PACER records and Interlake Transition involvement) before July 2023, when