# EXHIBIT C

# Re: SECC 25-100, Draft Decision

From: Tania May (tania.may@k12.wa.us)
To: mbeygi@yahoo.com
Date: Wednesday, October 22, 2025 at 12:29 PM PDT

Mr. Beygi,

My office is in receipt of your request for "Escalation Regarding Fraud Evidence and Procedural Imbalance." Your claims have been previously resolved through the proper legal channels. The decision in SECC 25-100 was issued on August 7, 2025, and your claims in the ND v. Reykdal case were also resolved by the court. As for any concerns with the due process proceedings, you need to address those through the administrative process and direct your concerns to the Office of Administrative Hearings. My office will not be taking further action in this matter.

Sincerely,

**Dr. Tania May** *she/her*
Assistant Superintendent of Special Education
Office of Superintendent of Public Instruction (OSPI)
**c:** 253-245-9541 | **p:** 360-725-6075
*All students prepared for postsecondary pathways, careers, and civic engagement.*

**From:** Mehdi Beygi <mbeygi@yahoo.com>
**Sent:** Friday, October 17, 2025 3:58 PM
**To:** Alyssa Fairbanks <Alyssa.Fairbanks@k12.wa.us>
**Cc:** vandana.slatter@leg.wa.gov; imawa09@mail.house.gov; DegreeAuthorization@wsac.wa.gov; opinioncomments@atg.wa.gov; Tania May <Tania.May@k12.wa.us>; Chris Reykdal <Chris.Reykdal@k12.wa.us>
**Subject:** Re: [External]Re: SECC 25-100, Draft Decision

**Subject:** Escalation Regarding Fraud Evidence and Procedural Imbalance

Dear Ms. Fairbanks, Dr. May, and Superintendent Reykdal,

Please find attached a formal escalation letter regarding OSPI's handling of SECC 25-100 and serious procedural concerns in the related due process hearings. I respectfully request your written response within ten (10) business days.

Sincerely,
**Mehdi Beygi**