**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MEHDI J. BEYGI and ZOHREH ALAVITALAB, as guardians of CYRUS BEYGI,<br><br>Plaintiffs,<br><br>v.<br><br>BELLEVUE SCHOOL DISTRICT and WASHINGTON OFFICE OF SUPERINTENDENT OF PUBLIC INSTRUCTION (OSPI),<br><br>Defendant. | CAUSE NO. 2:26-cv-01061-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION REGARDING BRIEFING SCHEDULE<br><br>Assigned Judge: The Hon. John C. Coughenour |

This matter comes before the Court on the Parties' Stipulated Motion Regarding Briefing Schedule.

The Parties' Stipulated Motion (**dkt no 28**) is **GRANTED**.

The Court further **ORDERS** that the briefing schedule for resolution of Plaintiffs' appeal be as follows:

- Plaintiffs will file the administrative record by June 30, 2026.

- Plaintiffs will file their motion to admit additional evidence by July 14, 2026.

[~~PROPOSED~~] ORDER GRANTING MOTION — 1

PORTER FOSTER RORICK LLP

601 Union Street | Suite 800
Seattle, Washington 98101
(206) 622-0203 | www.pfrwa.com

- Plaintiffs' Opening Brief will be filed and served no later than 45 days after entry of the Court's final ruling regarding Plaintiffs' motion to admit additional evidence.

- The District's Response(s) will be filed and served no later than 21 days after Plaintiffs' Opening Brief is timely filed and served.

- Plaintiffs' Reply Brief will be filed no later than 28 days after Plaintiffs' Opening Brief is timely filed and served.

- The page limits applicable to motions for summary judgment pursuant to Local Civil Rule 7(e)(4) shall apply to briefing on the merits.

DATED this 25th day of June 2026.

_____

**Hon. John C. Coughenour**

**SUBMITTED BY:**

_____

**Lynette M. Baisch, WSBA #37180**
**Attorney for Bellevue School District**

**APPROVED AS TO FORM:**

_____

**Mehdi J. Beygi**

**[PROPOSED] ORDER GRANTING MOTION — 2**