THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEHDI J. BEYHI and ZOHREH ALAVITALAB, as guardians of CYRUS BEYGI,

               Plaintiffs,

     v.

BELLEVUE SCHOOL DISTRICT, *et al.*,

               Defendants.

CASE NO. C26-1061-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for reconsideration (Dkt. No. 30). Pursuant to LCR 7(h)(3), the Court INSTRUCTS the Washington Office of Superintendent of Public Instruction ("OSPI") to file a response to the motion no later than July 13, 2026. The response should not exceed nine (9) pages and be limited to the issue(s) identified in Plaintiff's motion.

DATED this 29th day of June 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C26-1061-JCC
PAGE - 1