THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEHDI J. BEYHI and ZOHREH ALAVITALAB, as guardians of CYRUS BEYGI,<br><br>Plaintiffs,<br><br>v.<br><br>BELLEVUE SCHOOL DISTRICT, *et al.*,<br><br>Defendants. | CASE NO. C26-1061-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for reconsideration (Dkt. No. 42) of the Court's order denying their request to admit additional evidence (Dkt. No. 41). In so moving, Plaintiffs fail to establish the Court committed manifest error in its prior ruling or provide it with new facts or legal authority that could not have been brought to the Court's attention earlier with reasonable diligence. Thus, the motion for reconsideration (Dkt. No. 42) is DENIED.

//

//

//

DATED this 31st day of August 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk