THE HONORABLE JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

MEHDI J. BEYGI and ZOHREH ALAVITALAB,
as Court-Appointed Co-Guardians of CYRUS BEYGI,

Plaintiffs,

v.

BELLEVUE SCHOOL DISTRICT,

Defendant.

Case No. 2:26-cv-01061-JCC

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE BY THREE WEEKS

**ORDER**

Having considered Plaintiffs' Unopposed Motion to Extend Briefing Schedule by Three Weeks, Defendant's written non-opposition, and the record, the Court finds good cause to grant the requested extension.

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion is GRANTED. The briefing schedule is amended as follows:

1. Plaintiffs' Opening Brief shall be filed no later than November 5, 2026.

2. Defendant's Responsive Brief shall be filed no later than December 3, 2026.

3. Plaintiffs' Optional Reply Brief, if any, shall be filed no later than December 17, 2026.

All other provisions of the Court's prior scheduling orders remain unchanged.

DATED this 14th day of October 2026.

THE HONORABLE JOHN C. COUGHENOUR

United States District Judge